Motion GRANTED. ICMC reset for 2/14/13 at 9:00 a.m.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE, TENNESSEE

| | |
|---|---|
| FLEET ONE FACTORING, LLC, | |
| Plaintiff, | |
| v. | Case No: 3:12-cv-01079 |
| INTERNATIONAL AIR CARGO, LLC, GIORGIO A. PETRUCCI and JIM DAVIS, | |
| Defendants. | |

### PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Fleet One Factoring, LLC ("Fleet One") moves the Court to continue the initial case management conference in this action, which is now scheduled for Friday, December 14, 2012, to the afternoon of Tuesday, February 12, 2013 or some other date thereafter that is convenient for the Court at a time to be determined by the Court.

In support of this motion, Fleet One would show the Court that, to date, Fleet One has been unsuccessful in serving the defendants in this action despite numerous attempts at service. Fleet One needs additional time to attempt further service of the defendants.

WHEREFORE, Fleet One respectfully requests that the initial case management conference in this matter be continued to the afternoon of Tuesday, February 12, 2013 or some later date and time convenient to the Court.

16289N:121400:971462:1:NASHVILLE