# IN THE UNITED STATES DISTRICT COURT
## THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **Fleetone Factoring, LLC,** | ) |
| | ) **Case No. 3:12-cv-1079** |
| **Plaintiff,** | ) |
| | ) **Judge Trauger** |
| **v.** | ) |
| | ) |
| **International Air Cargo, LLC, et al.,** | ) |
| | ) |
| **Defendants** | ) |

## ENTRY OF DEFAULT

Pending is Plaintiff's Renewed Request for Entry of Default against Defendant Giorgio Petrucci (Docket Entry No. 19). Plaintiff's first request was denied on the basis that no affidavit of military service was provided. Plaintiff has corrected that defect (see Docket Entry No. 18) and the entry of default is now warranted as stated in Plaintiff's request.

Accordingly, for the reasons stated above, the Clerk hereby enters default pursuant to FRCP 55(a) against Defendant Giorgio Petrucci. This is an entry of default only. No default judgment will be granted except upon further motion pursuant to FRCP 55(b).

s/ Keith Throckmorton
Keith Throckmorton
Clerk of Court