IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FLEETONE FACTORING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cv-1079 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| INTERNATIONAL AIR CARGO, LLC, | ) | |
| GIORGIO A. PETRUCCI and JIM DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |

## CORRECTED DEFAULT JUDGMENT

This corrected default judgment corrects an error the Clerk made in docket entry number 39 on July 29, 2013. That Default Judgment indicated that Defendant could seek attorney fees and costs and taxable costs. In fact, as the prevailing party, it is Plaintiff that may seek those costs pursuant to the rules cited.

Before the Clerk is the Federal Rule of Civil Procedure 55(b)(1) Motion for Judgment by Default against Giorgio A. Petrucci filed by Plaintiff Fleetone Factoring, LLC ("Fleet One") (Docket Entry No. 30). Based on the motion, the written submissions, the arguments, and the record as a whole, the Clerk finds that defendant Giorgio A. Petrucci was properly served with a copy of the summons and complaint, that he has failed to answer or otherwise respond to the complaint within the time prescribed by law, that he is not an infant or incompetent, that an entry of default by Mr. Petrucci was noted on the docket, and that the motion should be granted. Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED,** that judgment by default is entered in favor of Fleetone Factoring, LLC against Mr. Giorgio A. Petrucci in the amount of $1,046,562.40 plus post judgment interest at the rate established by law. Plaintiff may seek attorney fees and costs pursuant to Federal Rule of Civil Procedure 54(d)(2) and taxable costs pursuant to Local Rule 54.01(a).

s/ Keith Throckmorton  
Clerk of Court