IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **FLEETONE FACTORING, LLC,**  Plaintiff,  v.  **INTERNATIONAL AIR CARGO, LLC, GIORGIO A. PETRUCCI and JIM DAVIS,**  Defendants. | Civil Action No. 3:12-cv-01079 |

## ORDER OF PARTIAL VOLUNTARY DISMISSAL

Plaintiff FleetOne Factoring, LLC ("Fleet One") has given notice of voluntary dismissal *without prejudice* of the action against Defendants International Air Cargo, LLC and Jim Davis, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS THEREFORE Ordered, Adjudged and Decreed that Plaintiff Fleet One's claims against Defendants International Air Cargo, LLC and Jim Davis are dismissed, *without prejudice*. Fleet One's claims against Defendant Giorgio A. Petrucci are not affected by this notice.

_____
Judge Aleta Trauger

Approved for Entry,

s/Alex Mackay
_____
Garry K. Grooms #012647
Alexandra T. MacKay #020859
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200

*Attorneys for Plaintiff, FleetOne Factoring, LLC*